1 MICHAEL A. JACOBS (BAR NO. 111664)
MJacobs@mofo.com
2 DIANA B. KRUZE (BAR NO. 247605)
DKruze@mofo.com
3 MORRISON & FOERSTER LLP
425 Market Street
4 San Francisco, California 94105-2482
Telephone: (415) 268-7000
5 Fax: (415) 268-7522

6 Attorneys for Plaintiff
NORMAN & GLOBUS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORMAN & GLOBUS, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> THAMES & KOSMOS, LLC a Rhode Island Limited Liability Company, <br><br> Defendant. | No. CV-09-0374 <br><br> [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND DATES OF CASE MANAGEMENT SCHEDULE <br><br> Jury Trial Demanded <br><br> Complaint Filed: Jan. 27, 2009 |

1  The Court, having considered the Joint Motion to Extend Dates of the Case Management Schedule, the pendency of settlement discussions between the parties, and all other relevant records on file in this matter, hereby grants the motion to extend the dates of the case management schedule. It is hereby

ORDERED that the Joint Motion to Extend Dates of the Case Management Schedule is GRANTED; and it is further ORDERED that

1. the parties shall: (a) meet and confer regarding initial disclosures, settlement, ADR and a discovery plan; (b) file their respective ADR certifications; and (c) file either a Stipulation to ADR Process or a Notice of Need for ADR Phone conference no later than July 8, 2009;

2. the parties shall: (a) serve initial disclosures (or state an objection in the Rule 26(f) Report); (b) file the Rule 26(f) Report; and (c) file a Joint Case Management Conference Statement no later than July 22, 2009; and

3. the Case Management Conference shall take place on July 29, 2009 at 10:30 a.m.

IT IS SO ORDERED.

Dated: May 21, 2009

_____
HONORABLE JAMES LARSON
Chief Magistrate Judge

[PROPOSED] ORDER GRANTING JOINT MOTION
TO EXTEND DATES OF CASE MANAGEMENT SCHEDULE
Case No. CV-09-0374

1