| | |
|---|---|
| 1 | MICHAEL A. JACOBS (BAR NO. 111664) |
| | MJacobs@mofo.com |
| 2 | DIANA B. KRUZE (BAR NO. 247605) |
| | DKruze@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
| | Telephone: (415) 268-7000 |
| 5 | Fax: (415) 268-7522 |
| 6 | Attorneys for Plaintiff |
| | NORMAN & GLOBUS, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORMAN & GLOBUS, INC., a California Corporation, | No.    CV-09-0374 |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| THAMES & KOSMOS, LLC a Rhode Island Limited Liability Company, | Jury Trial Demanded |
| Defendant. | Complaint Filed: Jan. 27, 2009 |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE
Case No. CV-09-0374
sf-2708883

1   IT IS HEREBY STIPULATED by and between Plaintiff Norman & Globus and Defendant
2   Thames & Kosmos, through their respective counsel, that this action is hereby dismissed without
3   prejudice.  Each party shall bear its own costs and attorneys' fees.
4
5   Dated:  July 8, 2009        MICHAEL JACOBS
                                DIANA B. KRUZE
6                               MORRISON & FOERSTER LLP
7
8                               By:  /s/ Diana B. Kruze
                                     Diana B. Kruze
9
                                Attorneys for Plaintiff
10                              NORMAN & GLOBUS, INC.
11
12  Dated:  July 8, 2009        NEIL A. SMITH
                                NATHANIEL BRUNO
13                              SHEPPARD MULLIN RICHTER & HAMPTON LLP
14
                                By:  /s/ Nathaniel Bruno
15
                                     Nathaniel Bruno
16                              Attorneys for Defendant
                                THAMES & KOSMOS, LLC
17
18
19                              **ORDER**
20  IT IS SO ORDERED.
21  Dated:  __July 10,_____, 2009
22
23                              _____
                                HONORABLE JAMES LARSON
24                              Chief Magistrate Judge
25
26
27
28

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE
Case No. CV-09-0374
sf-2708883

1

| | |
|---|---|
| 1 | **GENERAL ORDER 45 ATTESTATION** |
| 2 | I, Diana Kruze, am the ECF User whose ID and password are being used to file this. In compliance with General Order 45(X)(B), I hereby attest that Nathaniel Bruno has concurred in this filing. |

                     _/s/ Diana B. Kruze_
                           Diana B. Kruze